LAW OFFICES

# FREDRIC M. GOLD PC

A PROFESSIONAL CORPORATION

450 SEVENTH AVE., SUITE 1308
NEW YORK, NEW YORK 10123
212.244.2740

**FREDRIC M. GOLD**

FAX 212.244.2258
www.myrailroadlawyer.net
fredricmgold@verizon.net

LAURIE HOCKMAN
LEGAL ASSISTANT

<u>Via ECF</u>

August 29, 2025

**MEMO ENDORSED**

Hon. Edgardo Ramos, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:     *Jordan v. LIRR and D& C United, Inc.*
                22 cv 7771 (ER)
                and
                *Suarez v. LIRR and D& C United, Inc.*
                22 cv 09013 (ER)

Dear Judge Ramos:

As the Court docket reflects, a conference before your Honor is currently scheduled for scheduled for September 5, 2025 at 11:00.

The parties are hoping that the witness who has been subpoenaed will finally be deposed on September 16, 2025 and, having conferred, believe that it would therefore be prudent to adjourn this conference. In light of the Jewish holidays approaching at the end of September we would suggest that the conference be rescheduled to either October 10 or October 17 or some other date that is convenient to the Court

If your Honor is not inclined to adjourn the conference the undersigned is requesting that he be granted the Court's leave to attend remotely as will be attending an wedding out of town on the Thursday evening prior.  All parties have agreed to my remote appearance

Your consideration of these requests is appreciated by the undersigned.

Respectfully,

*Fredric M. Gold*

Fredric M. Gold

cc:    Garrett Rooney, Esq. (Via ECF)
       Philip Dinhofer, Esq. (Via ECF)
       Jacob Alan Goins, Esq. (Via ECF)
       Andrew Harms, Esq. (Via ECF)

The case management conference presently scheduled for September 5, 2025, is adjourned to October 10, 2025, at 11 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  9/2/2025
New York, New York