

Andrew Harms
77 Water Street, Suite 2100
New York, New York 10005
Andrew.Harms@lewisbrisbois.com
Direct: 646.783.1723

September 9, 2025

> **MEMO ENDORSED**
>
> Plaintiff Suarez is directed to respond by September 12, 2025.
>
> SO ORDERED.
>
> *[signature]*
>
> Edgardo Ramos, U.S.D.J.
> Dated: September 9, 2025
> New York, New York

29881.452

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Suarez v. LIRR, et. al.    &    Jordan v. LIRR, et. al.
            22 Civ. 9013 (ER)            22 Civ. 7771 (ER)

Dear Judge Ramos:

      We represent defendant D&C United. I apologize for the delayed response to the request for an adjournment. I was on trial last week in the matter of "Ramirez Morales v. Alex Kazakov, et. al."; Queens County Index No.: 702473/2019 and was unable to respond sooner.

      During the recent August 7, 2025 telephone conference we requested that plaintiff Suarez's phone records for July 23, 2021 be disclosed, which your honor granted after oral argument. Specifically, plaintiff Suarez testified that he called his supervisor immediately after being impacted by another vehicle; by contrast, plaintiff's supervisor's accident report cited plaintiff for a LIRR violation for *failing* to report an accident in the field and instead returning to LIRR headquarters. Your honor rejected plaintiff's argument that phone records would be duplicative in challenging plaintiff's veracity.

      Plaintiff Suarez's counsel now takes the position on privacy grounds that defendants are only entitled to issue a subpoena for approximately 20 minutes of phone records from July 23, 2021, which ostensibly represents the time between plaintiff's alleged incident and plaintiff's return to their headquarters. *See*, plaintiff's letter and subsequent e-mail correspondence.

      Defendants cannot voluntarily agree to be limited to only 20 minutes of phone records when (a) the Court has already ruled defendants are entitled to records from the entire day; (b) the timing and mechanism of plaintiff's alleged incident is not clear (as established by defendants' expert reports, GPS records, and plaintiff's own testimony). Defendants should respectively not be limited to a narrow 20 minutes of phone records which could limit their ability to obtain full and complete discovery relating to this alleged incident.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
162416003.1

We are available to confer further with the Court and parties as needed.

Respectfully yours,

*Andrew D. Harms*

Andrew D. Harms for
LEWIS BRISBOIS BISGAARD & SMITH, LLP

ADH
Encl.

**PHILIP J. DINHOFER, LLC**
ATTORNEYS AT LAW
77 N. CENTRE AVE. - SUITE 314
ROCKVILLE CENTRE, NY 11570
TEL: 516-678-3500
FAX: 516-678-4235
E-MAIL: PJDLLC2806@YAHOO.COM

August 8, 2025

Via E-Mail: andrew.harms@lewisbrisbois.com
Andrew Harms, Esq.
LEWIS, BRISBOIS, ET AL.
77 Water Street, 21st Floor
New York, NY 10005
Re: Suarez v. LIRR

Dear Mr. Harms:

Kindly be advised that my client's cell phone number is XXXXXXXXXX. Inasmuch as modern cell phones contain significant amounts of confidential personal information, I consider this phone number to be my client's personally identifying information, and therefore I am constrained to remind you, and all others receiving a copy of this letter, that each of you are under an obligation to protect and safeguard my client's personally identifying information as you would with his social security number. This includes of course the wrongful disclosure of this personally identifying information, as well as its misuse for purposes other than as stated before the Court.

As concerns any Subpoena you may issue related to this cell phone number, please take notice that FRCP Rule 45(a)(4) provides as follows:

Notice to Other Parties Before Service. If the subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, then **before it is served** on the person to whom it is directed, a notice and a copy of the subpoena must be served on each party.

The obvious purpose of the rule is to permit the parties the a reasonable period of time and the opportunity to agree on the drafting of the language and scope of the Subpoena, or alternatively to permit them the occasion to address the issue to the Court, **before the Subpoena is served!!!** Accordingly, I await the courtesy of your tender of a draft of your proposed Subpoena for my comment, suggested revision, approval, etc., before it is served.

Very truly yours,
Philip J. Dinhofer
PHILIP J. DINHOFER

PJD/dd
cc: Fredric M. Gold, Esq.
Jacob Goins, Esq.
Garrett P. Rooney, Esq.
(All Via E-Mail)

**Harms, Andrew**

| | |
|---|---|
| **From:** | pjdllc 2806 <pjdllc2806@yahoo.com> |
| **Sent:** | Friday, August 29, 2025 8:33 PM |
| **To:** | Harms, Andrew |
| **Subject:** | Re: Suarez v. LIRR, Et al; 29881.452 |

EXTERNAL

Seriously? What justification do you have for any greater time period that has nothing to do with the occurrence???

Philip J. Dinhofer, LLC
77 N. Centre Ave. - Suite 314
Rockville Centre, NY 11570
Tel: 516-678-3500
Fax: 516-678-4235
E-Mail: PJDLLC2806@YAHOO.COM

On Friday, August 29, 2025 at 08:27:26 PM EDT, Harms, Andrew <andrew.harms@lewisbrisbois.com> wrote:

Who's writing the court this time? You, or me?

Get Outlook for iOS



**Andrew Harms**
**Partner**
Andrew.Harms@lewisbrisbois.com

T: 646.783.1723 F: 212.232.1399

7 World Trade Center
250 Greenwich Street, 11th Floor, New York, NY 10007 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

From: pjdllc 2806 <pjdllc2806@yahoo.com>
Sent: Friday, August 29, 2025 7:07:10 PM
To: Harms, Andrew <Andrew.Harms@lewisbrisbois.com>
Subject: Re: Suarez v. LIRR, Et al; 29881.452

EXTERNAL

Have not heard back from you, do we have an agreement as to the scope of the subpoena or is Judicial intervention required?

Philip J. Dinhofer, LLC
77 N. Centre Ave. - Suite 314
Rockville Centre, NY 11570
Tel: 516-678-3500
Fax: 516-678-4235
E-Mail: PJDLLC2806@YAHOO.COM

On Friday, August 29, 2025 at 12:27:59 PM EDT, pjdllc 2806 <pjdllc2806@yahoo.com> wrote:

Andrew,

I recall no such thing.

What I recall is that you stated before the Judge that you wanted the record of the call he made "after" the accident, to confirm that he made the call as he testified, the argument opposing was that at best this impeachment information, to the extent it disputed my client's testimony, was cumulative to the documentary evidence you had in the incident report raiding the same issue of fact ...  Accordingly, no other call has any relevance to the action or my client's testimony.

The GPS record you provide clearly shows that he did not leave the work site until after 09:11:58.

I suggested that you get the entire return trip ... 9:10-9:30 (or 9:23 as defined by you), that is all you need.  That is all I will consent to.

Philip J. Dinhofer, LLC
77 N. Centre Ave. - Suite 314
Rockville Centre, NY 11570
Tel: 516-678-3500
Fax: 516-678-4235
E-Mail: PJDLLC2806@YAHOO.COM

On Friday, August 29, 2025 at 10:51:57 AM EDT, Harms, Andrew <andrew.harms@lewisbrisbois.com> wrote:

Phil,

Recall that Judge Ramos indicated that plaintiff's cell phone records from the entire day July 23, 2021 were to be disclosed after I represented that would be all we needed.   Your proposed window is far too narrow given that we are working with memories of an accident from 4 years ago.  I can agree to a time frame of 8:23 a.m. to 9:23 am, which is the duration of your client's trip as recorded in LIRR's GPS records (see attached).

Thank you,

2



**Andrew Harms**
Partner
Andrew.Harms@lewisbrisbois.com

T: 646.783.1723 F: 212.232.1399

7 World Trade Center
250 Greenwich Street, 11th Floor, New York, NY 10007 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** pjdllc 2806 <pjdllc2806@yahoo.com>
**Sent:** Thursday, August 28, 2025 6:26 PM
**To:** Garret P. Rooney <grooney@shaferpartners.com>; fredricmgold@verizon.net; Goins, Jacob <jacob.goins@lirr.org>; Harms, Andrew <Andrew.Harms@lewisbrisbois.com>
**Cc:** Fyffe, Sheryl <Sheryl.Fyffe@lewisbrisbois.com>; Cruz, Damaris <Damaris.Cruz@lewisbrisbois.com>
**Subject:** Re: Suarez v. LIRR, Et al; 29881.452

EXTERNAL

Andrew,

The subpoena as drafted is too broadly worded, given we know the accident happened at 9:15 AM, and the call you are looking for occurred immediately after the accident. Since he was back at the HQ within 15 minutes of the accident there is just no reason why you need the whole day. I will not condone such a broad based fishing expedition into my client's phone calls.

I suggest that your needs will be satisfied if the subpoena reads as follows:

"Complete cell phone call records for telephone number (516) 528-4282 for July 23, 2021, from 0910 hours to 0930 hours only."

Additionally, please modify your subpoena to direct that for control purposes a copy also be sent by them to me too.

3

Please send me a draft of your revised subpoena for my final approval.

Thank you.

Philip J. Dinhofer, LLC
77 N. Centre Ave. - Suite 314
Rockville Centre, NY 11570
Tel: 516-678-3500
Fax: 516-678-4235
E-Mail: PJDLLC2806@YAHOO.COM

On Thursday, August 28, 2025 at 03:23:28 PM EDT, Harms, Andrew <andrew.harms@lewisbrisbois.com> wrote:

Subpoena for plaintiff's cell phone records attached.  Scope of the demand is below:

Please advise if you have any questions. Thanks.



**Andrew Harms**
**Partner**
Andrew.Harms@lewisbrisbois.com

**T: 646.783.1723 F: 212.232.1399**

7 World Trade Center
250 Greenwich Street, 11th Floor, New York, NY 10007 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**