UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY SUAREZ and JULISSA SUAREZ,

                Plaintiffs,

– against –

THE LONG ISLAND RAILROAD COMPANY, D&C UNITED INC., and "John Doe Driver" (Name Fictitious True Name Unknown),

                Defendants.

**ORDER**

22-cv-09013 (ER)

RAMOS, D.J.:

    At the pre-motion conference on August 7, 2025, counsel for Defendant D&C United requested Gregory Suarez's phone records from July 23, 2021, the day of the accident. The Court granted Defendants' request.

    Following the conference, the parties agreed among themselves to further limit the records Suarez should produce. Specifically, the parties exchanged emails in which Suarez's counsel took the position, on privacy grounds, that Defendants are only entitled phone records reflecting a period of 20 minutes of phone records, namely, between 9:10 a.m. and 9:30 a.m. on July 23, 2021. Doc. 67-2 at 2.

    D&C United then offered to limit the subpoena to a time frame of 8:23 a.m. to 9:23 a.m., which was the duration of Suarez's trip as recorded in LIRR's GPS records. Doc. 67-2 at 2. Suarez rejected this offer.

    Suarez is hereby directed to produce phone records reflecting the time frame of 8:23 a.m. to 9:23 a.m. on July 23, 2021. The Clerk of Court is respectfully directed to terminate the letter motion, Doc. 67.

2

It is SO ORDERED.

Dated: September 18, 2025
       New York, New York

_____
EDGARDO RAMOS, U.S.D.J.