LAW OFFICES
# FREDRIC M. GOLD PC

A PROFESSIONAL CORPORATION

450 SEVENTH AVE., SUITE 1308
NEW YORK, NEW YORK 10123
212.244.2740

**FREDRIC M. GOLD**

FAX 212.244.2258
www.myrailroadlawyer.net
fredricmgold@verizon.net

LAURIE HOCKMAN
LEGAL ASSISTANT

<u>Via ECF</u>

**MEMO ENDORSED**

October 9, 2025

Hon. Edgardo Ramos, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: Jordan v. LIRR and D& C United, Inc.
       <u>22 cv 7771 (ER)</u>
      and
      Suarez v. LIRR and D& C United, Inc.
      <u>22 cv 09013 (ER)</u>

Dear Judge Ramos:

I must first apologize for the late timing of this letter but as I informed your chambers earlier this week, I had no access or capability to file a letter motion via ECF until today.

I am hereby requesting that I attend tomorrow's conference in the above captioned matter via telephone. It would require a seven-hour round trip for me to attend the conference in person and I believe that the conference, for the most part, will be rather uneventful. I have received the consent of the other parties in these matters to attend via telephone.

Your consideration of this late request is most appreciated by the undersigned.

Respectfully,

*Fredric M. Gold*

Fredric M. Gold

cc (Via ECF): Garrett Rooney, Esq.
      Philip Dinhofer, Esq.
      Jacob Alan Goins, Esq.
      Andrew Harms, Esq.

---

Tomorrow's conference will be held by telephone. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: __10/9/2025__
New York, New York