Jamaica Station
Jamaica, NY 11435-4380
718 558-8264 Tel
718 558-8211 Fax

**Robert Free**
President

**Haley Stein**
Vice President, General Counsel & Secretary

**MTA Long Island Rail Road**

February 12, 2026

VIA ECF

Hon. Edgardo Ramos, USDJ
Southern District of New York
40 Foley Square
New York, NY 10007

> **MEMO ENDORSED**
>
> The request is granted.  Motions for summary judgment shall be filed by April 2, 2026; oppositions are due April 30, 2026; and replies are due May 14, 2026.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: February 12, 2026
> New York, New York

Re: *Suarez et al. v. Long Island Rail Road et al.*, Case No. 22-cv-09013 (ER)
Related Matter: *Lionel Jordan v. Long Island Rail Road et al.*, Case No. 22-cv-7771
Request for Extension of Time to File Summary Judgment Motions

Dear Judge Ramos:

I represent defendant Long Island Rail Road Company ("LIRR") in the above-referenced matter. With the consent of all parties, I respectfully request a 45-day extension of time to file summary judgment motions. The current deadline is February 16, 2026. The proposed schedule is as follows:

- Summary Judgment Motions: April 2, 2026
- Oppositions: April 30, 2026
- Replies: May 14, 2026

This extension is requested to allow sufficient time to coordinate filings with the related matter, *Lionel Jordan v. Long Island Rail Road et al.*, Case No. 22-cv-7771 (same request attached as Exhibit A). This is the first request for an extension of these deadlines.

Thank you for Your Honor's consideration.
Respectfully submitted,
/s/ Jacob A. Goins
Jacob A. Goins

# SHAFER PARTNERS, LLP

*Attorneys At Law*

| | |
|---|---|
| 125 Maiden Lane | 411 Hackensack Ave. |
| 16th Floor | Suite 200 |
| New York, NY 10038 | Hackensack, NJ 07601 |
| (212) 267-0011 | (201) 569-8811 |

Fax (646) 435-9434

*Please direct all correspondence to the New York office*

February 12, 2026

**VIA ECF**
Hon. Edgardo Ramos, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:         Lionel Jordan v. Long Island Rail Road Company
Case File No. 21-0058894-003
Our File No.:   LIR-00101
Our Clients:   Long Island Rail Road Company
Docket No.:    1:22-cv-07771-ER
Date of Loss:  July 23, 2021

Dear Judge Ramos:

We represent Defendant, Long Island Rail Road Company, relative to the above-referenced matter.  This letter is being written with the consent of all parties.

You previously ordered the following motion schedule:

Minute Entry for proceedings held before Judge Edgardo Ramos: Telephonic Status Conference held on 12/17/2025. Plaintiff's and Defendants' counsel present. Motions for summary judgment shall be filed by February 16, 2026; oppositions are due March 16,2026; and replies due March 30, 2026. (jar)

Summary judgment motions are currently due by February 16th. Due to the trial I mentioned during the conference, and my mother's illness and subsequent death and shiva (7 day mourning period), I got very behind. I have plans to be in Florida from Thursday to Monday with my wife.

With the consent of all parties I respectfully request a 45 day extension to the schedule as follows:

Motions for summary judgment shall be filed by April 2, 2026; oppositions are due April 30, 2026; and replies due May 14, 2026.

Page 2 of 2
February 12, 2026

Respectfully submitted,

SHAFER PARTNERS, LLP

*Howard S. Shafer*

HOWARD S. SHAFER, ESQ. (HS-5101)
Direct Dial:    (646) 435-9438

_____

SO ORDERED


cc:

Fredric M. Gold (VIA Email)
Law Offices Fredric M. Gold PC
450 Seventh Ave., Ste 1308
New York, NY 10123
fredricmgold@verizon.net

Philip Dinhofer, Esq . (Via Email)
Attorney for Suarez Plaintiffs- 22 cv 090 I 3 (ER)
pjdllc2806@yahoo.com

Jacob Alan Goins, Esq. (Via Email)
LIRR Law Department
Attorney for LIRR0- 22 cv 09013 (ER)
jacob.goins@lirr.org

Andrew D. Harms, Esq. (Via Email)
Lewis Brisbois Bisgaard & Smith LLP
andrew.harms@lewisbrisbois.com

HSS/
245112.doc